C. A. DuPont and J. L. Middleton, doing business under the firm name of DuPont & Middleton, Plaintiffs in Error, v. Christopher Stanton, doing business under the style of Palatka Iron & Brass Foundry, Defendant in Error.

Division B.

Writ of error to Circuit Court, Putnam county; Neil M. Allred, Referee.

W. A. MacWilliams and George P. Fowler for plaintiffs in error.

No appearance for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*